**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Leina (Abraham) Lalani, D.D.S., | ) | No. CV-12-975-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Paul Revere Life Ins. Co., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 197.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED DENYING** as moot Plaintiff and Defendants' motions for partial summary judgment. (Docs. 132, 136.)

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, February 3, 2014 at 2:30 p.m.**

DATED this 23rd day of January, 2014.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
Senior United States District Judge